LEWIS BRISBOIS BISGAARD & SMITH LLP
STEPHEN H. TURNER, SB# 89627
  E-Mail: Stephen.Turner@lewisbrisbois.com
LARISSA G. NEFULDA, SB# 201903
  E-Mail: Larissa.Nefulda@lewisbrisbois.com
633 West 5th Street, Ste. 4000
Los Angeles, CA 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants
GOLDSMITH & HULL, APC and
WILLIAM I. GOLDSMITH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POVILAS KARCAUSKAS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>REGRESO FINANCIAL SERVICES LLC; GOLDSMITH & HULL, APC; WILLIAM I. GOLDSMITH; and DOES 1 to 10;<br><br>Defendants. | CASE NO. 2:15-cv-09225-FMO-RAOx<br><br>**STIPULATION TO ALLOW DEFENDANTS TO FILE A FIRST AMENDED ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>Trial Date: March 21, 2017<br><br>[Hon. Fernando M. Olguin] |

   IT IS HEREBY STIPULATED between Plaintiff POVILAS KARCAUSKAS ("Plaintiff") and Defendants REGRESO FINANCIAL SERVICES LLC, GOLDSMITH & HULL, APC and WILLIAM I. GOLDSMITH (collectively "Defendants"), as follows:

   WHEREAS, on February 9, 2016, Defendants filed an Answer to Plaintiff's Complaint. The Answer included a single affirmative defense: the bona fide error defense.

   WHEREAS, after the Answer was filed, the parties met and conferred regarding Plaintiff's claim that Defendants' bona fide error defense should be

1  stricken or amended to properly state such defense. Defendants have agreed to file
2  an amended Answer.
3       WHEREAS, pursuant to Fed. R. Civ. P. 12(f), the last date for Plaintiff to file
4  a Motion to Strike Defendants' affirmative defense was March 1, 2016.
5       WHEREAS, on March 1, 2016, the Parties filed a Stipulation to Extend
6  Deadline to File Motion to Strike Defendants' original Answer from March 1, 2016
7  to March 14, 2016.
8       WHEREAS, on March 2, 2016, the Court approved the Stipulation and
9  extended the deadline for Plaintiff to file a Motion to Strike from March 1, 2016 to
10  March 14, 2016.
11       WHEREAS, on March 9, 2016, Defendants sent their proposed First
12  Amended Answer to Plaintiff.
13       WHEREAS, on March 10, 2016, Plaintiff advised Defendants that he
14  stipulates to the filing of the proposed First Amended Answers.
15       WHEREAS, the Court's March 11, 2016 Amended Scheduling And Case
16  Management Order provides that any stipulation or motion to amend as to any
17  claims, defenses and/or parties shall be lodged/filed no later than May 6, 2016;
18       WHEREAS, a copy of Defendants Goldsmith & Hull, APC and William I.
19  Goldsmith's proposed First Amended Answer to Plaintiff's Complaint is attached
20  hereto as Exhibit 1 and Defendant Regreso Financial Services LLC's proposed First
21  Amended Answer to Plaintiff's Complaint is attached hereto as Exhibit 2;
22       WHEREAS, Plaintiff reserves his right to file and intends to file a motion to
23  strike the bona fide error defense within 21 days of the date Defendants file their
24  First Amended Answer.
25  / / /
26  / / /
27  / / /
28

4837-3220-6382.1

2

STIPULATION TO ALLOW DEFENDANTS TO FILE A FIRST AMENDED ANSWER TO PLAINTIFF'S COMPLAINT

1  NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN
2  THE PARTIES that Defendants should be permitted leave to file their First
3  Amended Answer to Plaintiff's Complaint.
4
5  DATED: March __, 2016        LEWIS BRISBOIS BISGAARD & SMITH LLP
6
7                               By:     */s/ Larissa G. Nefulda*
8                                       Stephen H. Turner
                                        Larissa G. Nefulda
9                                       Attorneys for Defendants
10                                      GOLDSMITH & HULL, APC and
                                        WILLIAM I. GOLDSMITH
11
12 DATED: March __, 2016        GOLDSMITH & HULL, A.P.C.
13
14                              By:     */s/ Michael Goldsmith*
15                                      Jack D. Hull
                                        Michael Goldsmith
16                                      Attorneys for Defendants
                                        REGRESO FINANCIAL SERVICES LLC
17
18 DATED: March __, 2016        CONSUMER LAW OFFICE OF
19                              ROBERT STEMPLER, APC
20
21                              By:     */s/ Robert Stempler*
22                                      Robert Stempler
                                        Attorneys for Plaintiff
23                                      POVILAS KARCAUSKAS
24
25
26
27
28

| | | |
|---|---|---|
| 1 | DATED: March __, 2016 | HORWITZ, HORWITZ & ASSOCIATES |
| 2 | | |
| 3 | | By: ___*/s/ O. Randolph Bragg*___ |
| 4 | | O. Randolph Bragg<br>Attorneys for Plaintiff |
| 5 | | POVILAS KARCAUSKAS |

4837-3220-6382.1

4

STIPULATION TO ALLOW DEFENDANTS TO FILE A FIRST AMENDED ANSWER TO PLAINTIFF'S COMPLAINT

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

**PROOF OF SERVICE**
*Karcauskas v. Regreso Financial Services, LLC, et al.*
United States District Court Case No.: 15-CV-09225-FMO-RAOx

STATE OF CALIFORNIA   )
                      )  ss.
COUNTY OF LOS ANGELES )

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, 45th Floor, Los Angeles, California 90071.

On March 1, 2016, I served the following document(s):

\*\*\*\*

I served true and correct COPIES of the above-referenced document(s) on the following person(s) at the following address(es) (including fax numbers and e-mail addresses, if applicable):

SEE ATTACHED SERVICE LIST

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

Executed on March 1, 2016, at Los Angeles, California.

KIRK D. GILE-CREQUE

4837-3220-6382.1

5

STIPULATION TO ALLOW DEFENDANTS TO FILE A FIRST AMENDED ANSWER TO PLAINTIFF'S COMPLAINT

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

# SERVICE LIST
*Karcauskas v. Regreso Financial Services, LLC, et al.*
United States District Court Case No.: 15-CV-09225-FMO-RAOx

Robert Stempler, Esq.
CONSUMER LAW OFFICE OF ROBERT STEMPLER APLC
P.O. Box 7145
Oxnard, CA 93031-7145
805-246-2300
Fax: 805-576-7800
Email: stemplerlaw@gmail.com
*Attorneys for Plaintiff*

O Randolph Bragg, Esq.
HORWITZ HORWITZ & ASSOCIATES
25 East Washington Street Suite 900
Chicago, IL 60602
312-372-8822
Fax: 312-372-1673
Email: rand@horwitzlaw.com
Pro Hac Vice
*Attorneys for Plaintiff*

Michael Lawrence Goldsmith
GOLDSMITH & HULL APC
16933 Parthenia Street Suite 110
Northridge, CA 91343
818-990-6600
Fax: 818-990-6140
Email: govdept1@goldsmithcalaw.com
*Attorneys for Defendant*
*Regreso Financial Services LLC*

Jack D Hull , II
GOLDSMITH & HULL APC
16933 Parthenia Street Suite 110
Northridge, CA 91343
818-990-6600
Fax: 818-990-6140
Email: govdept1@goldsmithcalaw.com

4837-3220-6382.1

6

STIPULATION TO ALLOW DEFENDANTS TO FILE A FIRST AMENDED ANSWER TO PLAINTIFF'S COMPLAINT