LEWIS BRISBOIS BISGAARD & SMITH LLP
STEPHEN H. TURNER, SB# 89627
  E-Mail: Stephen.Turner@lewisbrisbois.com
LARISSA G. NEFULDA, SB# 201903
  E-Mail: Larissa.Nefulda@lewisbrisbois.com
633 West 5th Street, Ste. 4000
Los Angeles, CA 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants
GOLDSMITH & HULL, APC and
WILLIAM I. GOLDSMITH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POVILAS KARCAUSKAS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>REGRESO FINANCIAL SERVICES LLC; GOLDSMITH & HULL, APC; WILLIAM I. GOLDSMITH; and DOES 1 to 10;<br><br>Defendants. | CASE NO. 2:15-cv-09225-FMO-RAOx<br><br>**STIPULATION TO ALLOW DEFENDANTS TO FILE A SECOND AMENDED ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>Trial Date:    March 21, 2017<br><br>[Hon. Fernando M. Olguin] |

   IT IS HEREBY STIPULATED between Plaintiff POVILAS KARCAUSKAS ("Plaintiff") and Defendants GOLDSMITH & HULL, APC and WILLIAM I. GOLDSMITH (collectively "Defendants"), as follows:

   WHEREAS, on March 16, 2016, Defendants filed a First Amended Answer to Plaintiff's Complaint.  The First Amended Answer included a single affirmative defense: the bona fide error defense.

   WHEREAS, after the First Amended Answer was filed, the parties met and conferred regarding Plaintiff's claim that Defendants' bona fide error defense should

be stricken or amended to properly state such defense. Defendants have agreed to file a Second Amended Answer.

WHEREAS, pursuant to the Court's March 15, 2016 Order, the last date for Plaintiff to file a Motion to Strike Defendants' affirmative defense is April 6, 2016.

WHEREAS, on March 29, 2016, Defendants sent their proposed Second Amended Answer to Plaintiff.

WHEREAS, on April 4, 2016, Plaintiff advised Defendants that he stipulates to the filing of the proposed Second Amended Answer.

WHEREAS, the Court's March 11, 2016 Amended Scheduling And Case Management Order provides that any stipulation or motion to amend as to any claims, defenses and/or parties shall be lodged/filed no later than May 6, 2016;

WHEREAS, a copy of Defendants' proposed Second Amended Answer to Plaintiff's Complaint is attached hereto as Exhibit 1;

WHEREAS, Plaintiff reserves his right to file a motion to strike the bona fide error defense within 21 days of the date Defendants file their Second Amended Answer.

NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that Defendants should be permitted leave to file their Second Amended Answer to Plaintiff's Complaint.

DATED: April 4, 2016          LEWIS BRISBOIS BISGAARD & SMITH LLP

By:     */s/ Larissa G. Nefulda*
Stephen H. Turner
Larissa G. Nefulda
Attorneys for Defendants
GOLDSMITH & HULL, APC and
WILLIAM I. GOLDSMITH



4847-3097-6815.1

| | | |
|---|---|---|
| 1 | DATED: April 4, 2016 | CONSUMER LAW OFFICE OF ROBERT STEMPLER, APC |
| 2 | | |
| 3 | | |
| 4 | | By: */s/ Robert Stempler* |
| 5 | | Robert Stempler<br>Attorneys for Plaintiff |
| 6 | | POVILAS KARCAUSKAS |
| 7 | | |
| 8 | DATED: April 4, 2016 | HORWITZ, HORWITZ & ASSOCIATES |
| 9 | | |
| 10 | | By: */s/ O. Randolph Bragg* |
| 11 | | O. Randolph Bragg<br>Attorneys for Plaintiff |
| 12 | | POVILAS KARCAUSKAS |