Robert Stempler, Cal. Bar No. 160299
Email: Robert@StopCollectionHarassment.com
CONSUMER LAW OFFICE OF
ROBERT STEMPLER, APC
P.O. Box 7145
Oxnard, CA 93031-7145
Telephone (805) 246-2300
Fax: (805) 576-7800

O. Randolph Bragg, Attorney Admitted *Pro Hac Vice*
Email: rand@horwitzlaw.com
HORWITZ, HORWITZ & ASSOCIATES
25 East Washington Street, Suite 900
Chicago, Illinois 60602
Telephone (312) 372-8822
Facsimile (312) 372-1673

Counsel for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POVILAS KARCAUSKAS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>REGRESO FINANCIAL SERVICES LLC; GOLDSMITH & HULL, APC; WILLIAM I. GOLDSMITH;<br><br>Defendants. | Case No. 2:15-cv-09225-FMO-RAOx<br><br>DECLARATION OF ROBERT STEMPLER IN OPPOSITION TO EX PARTE APPLICATION OF DEFENDANTS [Docket No. 57]<br><br>Judicial Ofcr: Rozella A. Oliver, M.J.<br>Courtroom F<br>Los Angeles Federal Courthouse<br>312 N. Spring St., 9th Floor<br><br>Discovery Cutoff Date: 12/07/2016<br>Class Cert. Motion Deadline: 04/20/2017<br>Pretrial Conference & Trial Date: Not set. |

///

- 1 -

I, Robert Stempler, declare under penalty of perjury, as provided by the laws of the United States, at 28 U.S.C. § 1746, that the following statements are true:

1. I am an attorney and counselor at law, duly admitted to practice before this Court, and, I am one of the counsel for the plaintiff. In my capacity as co-counsel for the plaintiff, I have personal knowledge of the matters stated in this declaration.

2. This declaration is being submitted in Opposition to Defendants' Ex Parte Application [Docket No. 57].

3. The facts related to the procedure which are stated in Plaintiff's ex parte opposition, above, are accurate, based on my knowledge and understanding as an attorney of record for Plaintiff in this case.

4. The facts in support of the motion to compel and my meet and confer efforts, which are stated in my declaration, which was attached to the Declaration of Larissa G. Nefulda as Exhibit 2, pages 48-53, are accurate.

Executed on September 16, 2016

/s/
Robert Stempler, in my capacity as Counsel for plaintiff