UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.: CV 15-09225 FMO (RAOx)                    Date: September 16, 2016
Title: Povilas Karcauskas v. Regreso Financial Services LLC et al

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**   (In Chambers) **ORDER GRANTING *EX PARTE* APPLICATION [57]**

On September 15, 2016, Defendants Goldsmith & Hull, APC and William I. Goldsmith ("Defendants") filed an *Ex Parte* Application to Extend the Time Provided by Local Rule 37-2.2 to Provide Defendants' Portion of the Stipulation by One Week. (Dkt. No. 57.) On September 16, 2016, Plaintiff filed his Opposition to Defendants' *Ex Parte* Application. (Dkt. No. 58.)

Good cause having been shown, Defendants' *Ex Parte* Application to Extend the Time Provided by Local Rule 37-2.2 to Provide Defendants' Portion of the Stipulation by One Week is **GRANTED**. The deadline for Defendants to submit their portions of the Stipulation is extended to September 27, 2016.

**IT IS SO ORDERED.**

:
Initials of Preparer          gr