Robert Stempler, Cal. Bar No. 160299
Email: Robert@StopCollectionHarassment.com
CONSUMER LAW OFFICE OF
ROBERT STEMPLER, APC
P.O. Box 7145
Oxnard, CA 93031-7145
Telephone (805) 246-2300
Fax: (805) 576-7800

O. Randolph Bragg, Attorney Admitted *Pro Hac Vice*
Email: rand@horwitzlaw.com
HORWITZ, HORWITZ & ASSOCIATES
25 East Washington Street, Suite 900
Chicago, Illinois 60602
Telephone (312) 372-8822
Facsimile (312) 372-1673

Counsel for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POVILAS KARCAUSKAS, on behalf of himself and all others similarly situated,<br><br>   Plaintiff,<br><br>vs.<br><br>REGRESO FINANCIAL SERVICES LLC; GOLDSMITH & HULL, APC; WILLIAM I. GOLDSMITH;<br><br>   Defendants. | Case No. 2:15-cv-09225-FMO-RAOx<br><br>DISCOVERY MATTER:<br>NOTICE OF MOTION AND MOTION TO COMPEL FURTHER RESPONSES AND DOCUMENT PRODUCTION FROM REGRESO FINANCIAL SERVICES LLC TO (1) INTERROGATORIES; (2) REQUESTS FOR PRODUCTION OF DOCUMENTS<br><br>Date: October 26, 2016<br>Time: 10:00 a.m.<br>Judicial Ofcr: Rozella A. Oliver, M.J.<br>Courtroom F, Room 901<br>Los Angeles Federal Courthouse<br>312 N. Spring St., 9th Floor<br><br>Discovery Cutoff Date: 12/07/2016<br>Class Cert. Motion Deadline: 04/20/2017<br>Pretrial Conference & Trial Date: Not set.<br><br>[Filed concurrently with Joint Stipulation] |

///

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2      PLEASE TAKE NOTICE that on the date and time noted in the caption above,
3  or as soon thereafter as the matter may be heard, in Courtroom F, Room 901, of this
4  Court, inside the Los Angeles Federal Courthouse, addressed at 312 N. Spring Street,
5  Los Angeles, CA 90012, the plaintiff will move for an order to compel REGRESO
6  FINANCIAL SERVICES LLC ["responding party"] to comply with Plaintiff's
7  written discovery requests consisting of: (1) interrogatories, and (2) requests for
8  production of documents.

9      Plaintiff also seeks an award of attorney's fees, pursuant to rule 37(a)(5) of the
10  Federal Rules of Civil Procedure, against the responding party and its counsel.

11      The application will be made pursuant to rule 37 of the Federal Rules of Civil
12  Procedure and Local Rule 37 et seq.

13      The application will be based on this notice, on the concurrently filed Joint
14  Stipulation, including concurrently filed exhibits, on the supplemental brief which
15  Plaintiff intends to file, and on such evidence as may be filed or presented at any
16  hearings on the matter, including supplemental declarations if the court determines
17  to award expenses and attorney's fees against the responding party and/or its counsel.

19  Dated: October 5, 2016

                                HORWITZ, HORWITZ & ASSOC.

                                CONSUMER LAW OFFICE OF
                                ROBERT STEMPLER, APC

                                /s/
                                By: Robert Stempler,
                                Co-Counsel for Plaintiff and Moving/Requesting Party