1  Robert Stempler, Cal. Bar No. 160299
   Email: Robert@StopCollectionHarassment.com
2  CONSUMER LAW OFFICE OF
   ROBERT STEMPLER, APC
3  P.O. Box 7145
   Oxnard, CA 93031-7145
4  Telephone (805) 246-2300
   Fax: (805) 576-7800
5
   O. Randolph Bragg, Attorney Admitted *Pro Hac Vice*
6  Email: rand@horwitzlaw.com
   HORWITZ, HORWITZ & ASSOCIATES
7  25 East Washington Street, Suite 900
   Chicago, Illinois 60602
8  Telephone (312) 372-8822
   Facsimile (312) 372-1673

10 Counsel for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POVILAS KARCAUSKAS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>REGRESO FINANCIAL SERVICES LLC; GOLDSMITH & HULL, APC; WILLIAM I. GOLDSMITH; and DOES 1 to 10;<br><br>Defendants. | Case No. 2:15-cv-09225-FMO-RAOx<br><br>NOTICE OF ERRATA IN DOC #61 RE NOTICE OF MOTION AND MOTION TO COMPEL FURTHER RESPONSES AND DOCUMENT PRODUCTION FROM WILLIAM I. GOLDSMITH TO (1) INTERROGATORIES; (2) REQUESTS FOR ADMISSION; AND (3) REQUESTS FOR PRODUCTION OF DOCUMENTS<br><br>Date: October 26, 2016<br>Time: 10:00 a.m.<br>Judicial Ofcr: Rozella A. Oliver, M.J.<br>Courtroom F, Room 901<br>Los Angeles Federal Courthouse<br>312 N. Spring St., 9th Floor |

///

///

///

- 1 -

On October 5, 2016, Plaintiff submitted Docket Number 61, labeled "NOTICE OF MOTION AND MOTION TO COMPEL FURTHER RESPONSES AND DOCUMENT PRODUCTION FROM GOLDSMITH & HULL APC TO (1) INTERROGATORIES; (2) REQUESTS FOR ADMISSION; AND (3) REQUESTS FOR PRODUCTION OF DOCUMENTS."

The label on page one was erroneous, it should have referred to WILLIAM I. GOLDSMITH, thus it should have stated on page one: "NOTICE OF MOTION AND MOTION TO COMPEL FURTHER RESPONSES AND DOCUMENT PRODUCTION FROM WILLIAM I. GOLDSMITH TO (1) INTERROGATORIES; (2) REQUESTS FOR ADMISSION; AND (3) REQUESTS FOR PRODUCTION OF DOCUMENTS."

Plaintiff requests that the attached Notice of Motion replace the Notice of Motion filed as NEF #61.

Plaintiff's counsel apologizes to the Court and to Counsel for the Defendants for the inconvenience of the above error, which this notice intends to rectify.

Dated: October 5, 2016

HORWITZ, HORWITZ & ASSOCIATES

CONSUMER LAW OFFICE OF
ROBERT STEMPLER, APC

/s/
By: Robert Stempler,
Counsel for Plaintiff