1  Robert Stempler, Cal. Bar No. 160299
   Email: Robert@StopCollectionHarassment.com
2  CONSUMER LAW OFFICE OF
   ROBERT STEMPLER, APC
3  P.O. Box 7145
   Oxnard, CA 93031-7145
4  Telephone (805) 246-2300
   Fax: (805) 576-7800
5
   O. Randolph Bragg, Attorney Admitted *Pro Hac Vice*
6  Email: rand@horwitzlaw.com
   HORWITZ, HORWITZ & ASSOCIATES
7  25 East Washington Street, Suite 900
   Chicago, Illinois 60602
8  Telephone (312) 372-8822
   Facsimile (312) 372-1673
9
10 Counsel for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POVILAS KARCAUSKAS, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>vs.<br><br>REGRESO FINANCIAL SERVICES LLC; GOLDSMITH & HULL, APC; WILLIAM I. GOLDSMITH;<br><br>  Defendants. | Case No. 2:15-cv-09225-FMO-RAOx<br><br>DISCOVERY MATTER:<br>NOTICE OF MOTION AND MOTION TO COMPEL FURTHER RESPONSES AND DOCUMENT PRODUCTION FROM WILLIAM I. GOLDSMITH TO (1) INTERROGATORIES; (2) REQUESTS FOR ADMISSION; AND (3) REQUESTS FOR PRODUCTION OF DOCUMENTS<br><br>Date: October 26, 2016<br>Time: 10:00 a.m.<br>Judicial Ofcr: Rozella A. Oliver, M.J.<br>Courtroom F, Room 901<br>Los Angeles Federal Courthouse<br>312 N. Spring St., 9th Floor<br><br>Discovery Cutoff Date: 12/07/2016<br>Class Cert. Motion Deadline: 04/20/2017<br>Pretrial Conference & Trial Date: Not set.<br><br>[Filed concurrently with Joint Stipulation] |

28 ///

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that on the date and time noted in the caption above, or as soon thereafter as the matter may be heard, in Courtroom F, Room 901, of this Court, inside the Los Angeles Federal Courthouse, addressed at 312 N. Spring Street, Los Angeles, CA 90012, the plaintiff will move for an order to compel WILLIAM I. GOLDSMITH ["responding party"] to comply with Plaintiff's written discovery requests consisting of: (1) interrogatories, (2) requests for admission, and (3) requests for production of documents.

Plaintiff also seeks an award of attorney's fees, pursuant to rule 37(a)(5) of the Federal Rules of Civil Procedure, against the responding party and its counsel.

The application will be made pursuant to rule 37 of the Federal Rules of Civil Procedure and Local Rule 37 et seq.

The application will be based on this notice, on the concurrently filed Joint Stipulation, including concurrently filed exhibits, on the supplemental brief which Plaintiff intends to file, and on such evidence as may be filed or presented at any hearings on the matter, including supplemental declarations if the court determines to award expenses and attorney's fees against the responding party and/or its counsel.

Dated: October 5, 2016

                          HORWITZ, HORWITZ & ASSOC.

                          CONSUMER LAW OFFICE OF
                          ROBERT STEMPLER, APC

                          /s/
                          By: Robert Stempler,
                          Co-Counsel for Plaintiff and Moving/Requesting Party