JS-6

FILED
CLERK, U.S. DISTRICT COURT
11/12/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: CW  DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POVILAS KARCAUSKAS, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>REGRESO FINANCIAL SERVICES, LLC, et al.,<br><br>　　　　　　Defendants. | Case No. CV 15-9225 FMO (RAOx)<br><br>**JUDGMENT** |

　　　Pursuant to the Court's Order Re: Final Approval of Class Action Settlement; Approval of Attorney's Fees, Costs & Incentive Payment ("Order"), filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT:

　　　1. Povilas Karcauskas shall be paid a statutory award of $2,000 and an incentive payment of $3,000 for a total award of $5,000 in accordance with the terms of the Settlement Agreement and the Order.

　　　2. Class counsel shall be paid $200,000.00 in attorney's fees and costs in accordance with the terms of the Settlement Agreement.

　　　3. The Claims Administrator, First Choice, shall be paid for its fees and expenses in accordance with the terms of the Settlement Agreement.

4. All class members who did not validly and timely request exclusion from the settlement have released their claims, as set forth in the Settlement Agreement, against any of the released parties (as defined in the Settlement Agreement).

5. Except as to any class members who have validly and timely requested exclusion, this action is **dismissed with prejudice**, with all parties to bear their own fees and costs except as set forth herein and in the prior orders of the court.

Dated this 12th day of November, 2019.

/s/
Fernando M. Olguin
United States District Judge